James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
BERRY & LUSSIER
A Professional Corporation
1901 Avenue of the Stars, Suite 1060
Los Angeles, California  90067
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
jberry@bandlpc.com
klussier@bandlpc.com

Attorneys for Defendant
BOTTLING GROUP, LLC


Gregory A. Thyberg (State Bar No. 102132)
THYBERG LAW
8789 Auburn Folsom Road
Suite C337
Granite Bay, California  95746
Telephone: (916) 932-2901
Facsimile: (916) 932-2907
gthyberg@thyberglaw.com

Attorney for Plaintiff
STEVE RODNE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STEVE RODNE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOTTLING GROUP, LLC, limited liability company, and DOES 1 - 100, inclusive,<br><br>    Defendants. | Case No.  2:12-cv-01733-LKK-CKD<br><br>**STIPULATION AND ORDER CONCERNING DEPOSITION OF TRENT VAN DUSEN** |

Plaintiff Steve Rodne ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the

- 1 -    Case No. 2:12-cv-01733-LKK-CKD

**STIPULATION AND ORDER [PROPOSED] RE: VAN DUSEN DEPOSITION**

following Stipulation concerning the Deposition of Trent Van Dusen and request the Court's approval of the Stipulation. This Stipulation is entered into in recognition of the following:

1. The discovery cutoff in this case is June 30, 2013. The case is set for a pretrial conference on November 25, 2013 and for trial on February 25, 2014.
2. The parties have actively conducted discovery both to prepare the case for trial and to evaluate the case for possible settlement. Multiple depositions have been taken and the parties have conducted written discovery, including interrogatories, document requests, and requests for admission.
3. One additional deposition, of former BGLLC employee Trent Van Dusen, may need to be taken for purposes of final trial preparation but is not necessary to evaluate the case for settlement. Van Dusen is now a resident of Wisconsin. Because of associated travel costs, the necessity of videotaping the deposition for possible use at trial, and other factors, taking that deposition now would be disproportionately expensive.
4. The parties are actively engaged in settlement discussions. They hope to complete those discussions within approximately 45 to 90 days. The parties believe that saving the time and expense to both sides of proceeding now with the out-of-state Van Dusen deposition will increase the prospects that their settlement discussions will be successful and that this action will be resolved.
5. So that can focus their energies on possible settlement, the parties propose and stipulate that they be given additional time beyond the June 30, 2013, discovery cutoff to take the Van Dusen deposition, if it becomes necessary. The parties request that they be given leave to take that deposition, if necessary, on or before October 31, 2013 and that the June 30, 2013, discovery cut off be extended for the limited purpose of taking that deposition.
6. With the limited exception of the time within which the Van Dusen deposition

may be taken, all other dates and deadlines remain in place and are not affected by this Stipulation.

 SO STIPULATED.

DATED: June 14, 2013    Respectfully submitted,

            THYBERG LAW

            By: /s/ *Gregory A. Thyberg*
            Attorney for Plaintiff
            STEVE RODNE

DATED: June 14, 2013    BERRY & LUSSIER
            A Professional Corporation
            James H. Berry, Jr.
            Kevin R. Lussier

            By: /s/ *James H. Berry, Jr.*
            James H. Berry, Jr.
            Attorneys for Defendant
            BOTTLING GROUP, LLC

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS ORDERED as follows:

1. The June 30, 2013, discovery cutoff is extended for the limited purpose of taking the deposition of Trent Van Dusen on a date to including October 31, 2013.

2. All other dates and deadlines in the case, including the general June 30, 2013, discovery cutoff, remain in place and are not modified by this Order.

Dated: _June 18, 2013

            _____
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT