James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
BERRY & LUSSIER
A Professional Corporation
1901 Avenue of the Stars, Suite 1060
Los Angeles, California  90067
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
jberry@bandlpc.com
klussier@bandlpc.com

Attorneys for Defendant
BOTTLING GROUP, LLC


Gregory A. Thyberg (State Bar No. 102132)
THYBERG LAW
8789 Auburn Folsom Road
Suite C337
Granite Bay, California  95746
Telephone:  (916) 932-2901
Facsimile: (916) 932-2907
greg@thyberglaw.com

Attorney for Plaintiff
STEVE RODNE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVE RODNE,<br><br>     Plaintiff,<br><br>vs.<br><br>BOTTLING GROUP, LLC, limited liability company, and DOES 1 - 100, inclusive,<br><br>     Defendants. | Case No.  2:12-cv-01733-LKK-CKD<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY CUTOFF FOR CERTAIN DEPOSITIONS TO FACILITATE SETTLEMENT DISCUSSIONS** |

Plaintiff Steve Rodne ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the

following Stipulation concerning the taking of depositions and request the Court's approval of the Stipulation. This Stipulation is entered into in recognition of the following:

1. The discovery cutoff in this case is June 30, 2013. The case is set for a pretrial conference on November 25, 2013 and for trial on February 25, 2014.

2. The parties have actively conducted discovery both to prepare the case for trial and to evaluate the case for possible settlement. Multiple depositions have been taken and the parties have conducted written discovery, including interrogatories, document requests, and requests for admission.

3. The parties have scheduled two depositions for next week, the week of June 24, 2013.

4. The parties are actively engaged in settlement discussions. They are working to complete those discussions within the next 21 days. The parties believe that saving the time and expense to both sides of proceeding now with the depositions presently set for next week will increase the prospects that their settlement discussions will be successful and that this action will be resolved.

5. So that can focus their energies on possible settlement, the parties propose and stipulate that they be given a brief amount of additional time beyond the June 30, 2013, discovery cutoff to complete the depositions, if that becomes necessary. The parties request that they be given leave to complete depositions, if necessary, on or before July 15, 2013 and that the June 30, 2013, discovery cut off be extended for that limited purpose. (The parties note that by order of June 18, 2013, the Court previously approved a stipulation to take the out of state Van Dusen deposition after the discovery cutoff.)

/ / /

/ / /

6.  All other dates and deadlines remain in place and are not affected by this Stipulation.

SO STIPULATED.

DATED:  June 21, 2013              Respectfully submitted,

                                   THYBERG LAW


                                   By: /s/ Gregory A. Thyberg
                                   Attorney for Plaintiff
                                   STEVE RODNE


DATED:  June 21, 2013              BERRY & LUSSIER
                                   A Professional Corporation
                                   James H. Berry, Jr.
                                   Kevin R. Lussier


                                   By: /s/ James H. Berry, Jr.
                                   James H. Berry, Jr.
                                   Attorneys for Defendant
                                   BOTTLING GROUP, LLC

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS ORDERED as follows:

1.  The June 30, 2013, discovery cutoff is extended to July 15, 2013, for the limited purpose of taking depositions.

2.  All other dates and deadlines in the case, including the general June 30, 2013, discovery cutoff, remain in place and are not modified by this Order.


Dated: _June 21, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -   Case No. 2:12-cv-01733-LKK-CKD
**Stipulation And [Proposed] Order For Limited Extension Of Discovery Cutoff For Certain Depositions To Facilitate Settlement Discussions**