1   James H. Berry, Jr. (State Bar No. 075834)
    Kevin R. Lussier (State Bar No. 143821)
2   BERRY & LUSSIER
    A Professional Corporation
3   1901 Avenue of the Stars, Suite 1060
    Los Angeles, California  90067
4   Telephone:  (310) 557-8989
    Facsimile:   (310) 788-0080
5   jberry@bandlpc.com
    klussier@bandlpc.com
6
    Attorneys for Defendant
7   BOTTLING GROUP, LLC

8
    Gregory A. Thyberg (State Bar No. 102132)
9   THYBERG LAW
    8789 Auburn Folsom Road
10  Suite C337
    Granite Bay, California  95746
11  Telephone: (916) 932-2901
    Facsimile: (916) 932-2907
12  greg@thyberglaw.com

13  Attorney for Plaintiff
    STEVE RODNE
14

15              UNITED STATES DISTRICT COURT

16         FOR THE EASTERN DISTRICT OF CALIFORNIA

17                  SACRAMENTO DIVISION

18
    STEVE RODNE,                    )    Case No.  2:12-cv-01733-LKK-CKD
19                                  )
           Plaintiff,               )
20                                  )
    vs.                             )    **STIPULATION TO DISMISS**
21                                  )    **ACTION WITH PREJUDICE;**
    BOTTLING GROUP, LLC, limited    )    **ORDER THEREON**
22  liability company, and DOES 1 - )
    100, inclusive,                 )    **F. R. CIV. PRO. 41 (a)(1)(A)(ii)**
23                                  )
           Defendants.             )
24                                  )
                                    )
25  _____)

26        Plaintiff Steve Rodne ("Plaintiff") and defendant Bottling Group, LLC

27  ("BGLLC"), by and through their undersigned counsel, hereby enter into the

28

                                   - 1 -      Case No. 2:12-cv-01733-LKK-CKD
    **STIPULATION TO DISMISS ACTION WITH PREJUDICE;**
    **ORDER [PROPOSED] THEREON**

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

1  following stipulation:

2          Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this

3  action is hereby dismissed with prejudice in its entirety.  The parties each shall bear

4  their respective costs and attorney's fees.

5  DATED:  August 21, 2013            Respectfully submitted,

6                                     Law Offices of Gregory A. Thyberg

7
8                                     By: /s/ Gregory A. Thyberg
                                      Attorney for Plaintiff
9                                     STEVE RODNE

10 DATED:  August 21, 2013            BERRY & LUSSIER

11                                    A Professional Corporation
12                                    James H. Berry, Jr.
                                      Kevin R. Lussier
13
14                                    By: /s/ James H. Berry, Jr.
                                         James H. Berry, Jr.
15                                    Attorneys for Defendant
                                      BOTTLING GROUP, LLC
16

17                                    ORDER

18 IT IS SO ORDERED.

19      DATED:   August 23, 2013.

20

21

22
                                      LAWRENCE K. KARLTON
23                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
24

25

26

27

28

STIPULATION TO DISMISS ACTION WITH PREJUDICE;
ORDER [PROPOSED] THEREON