James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
BERRY & LUSSIER
A Professional Corporation
1901 Avenue of the Stars, Suite 1060
Los Angeles, California  90067
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
jberry@bandlpc.com
klussier@bandlpc.com

Attorneys for Defendant
BOTTLING GROUP, LLC


Gregory A. Thyberg (State Bar No. 102132)
THYBERG LAW
8789 Auburn Folsom Road
Suite C337
Granite Bay, California  95746
Telephone:  (916) 932-2901
Facsimile: (916) 932-2907
greg@thyberglaw.com

Attorney for Plaintiff
STEVE RODNE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STEVE RODNE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOTTLING GROUP, LLC, limited liability company, and DOES 1 - 100, inclusive,<br><br>    Defendants. | Case No.  2:12-cv-01733-LKK-CKD<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**<br><br>**F. R. CIV. PRO. 41 (a)(1)(A)(ii)** |

Plaintiff Steve Rodne ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the

- 1 -   Case No. 2:12-cv-01733-LKK-CKD
**STIPULATION TO DISMISS ACTION WITH PREJUDICE;
ORDER [PROPOSED] THEREON**

1  following stipulation:

2      Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this
3  action is hereby dismissed with prejudice in its entirety.  The parties each shall bear
4  their respective costs and attorney's fees.

5  DATED:  August 21, 2013        Respectfully submitted,

6                                         Law Offices of Gregory A. Thyberg

7
8                                         By: /s/ Gregory A. Thyberg
                                       Attorney for Plaintiff
9                                         STEVE RODNE

10 DATED:  August 21, 2013        BERRY & LUSSIER

11                                        A Professional Corporation
12                                        James H. Berry, Jr.
                                       Kevin R. Lussier
13
14                                        By: /s/ James H. Berry, Jr.
                                              James H. Berry, Jr.
15                                        Attorneys for Defendant
                                       BOTTLING GROUP, LLC
16

17                                     ORDER

18 IT IS SO ORDERED.

19 DATED:   August 23, 2013.
20
21
22                                   LAWRENCE K. KARLTON
23                                   SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
24
25
26
27
28